UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SHERIF AHAMED

                Plaintiff,

   - against -

DORA SCHRIRO, Commissioner, *et al.*,

                Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 7, 2011

09 Civ. 10327 (PAC) (FM)

ORDER ADOPTING R&R

HONORABLE PAUL A. CROTTY, United States District Judge:

On December 21, 2009, *pro se* Plaintiff Sherif Ahamed ("Plaintiff") filed a complaint alleging that he was improperly strip searched while an inmate at Riker's Island. On September 23, 2010 Magistrate Judge Frank Maas issued a Report and Recommendation ("R&R"), recommending that Plaintiff's complaint be dismissed without prejudice. Having reviewed Magistrate Judge Maas' R&R, the Court adopts the Report and Recommendation in its entirety. Accordingly, Plaintiff's complaint is dismissed without prejudice.

## DISCUSSION

In reviewing a Report and Recommendation, a Court "may accept, reject, or modify, in whole or in part the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). "To accept the report and recommendation of a magistrate, to which no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record." Nelson v. Smith, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985) (citations omitted).

In this case, Plaintiff failed to effect service of process within the time allowed by Rule 4(m) of the Federal Rules of Civil Procedure. (R&R 1.) On September 1, 2010, Magistrate Judge Maas granted

Plaintiff an opportunity to serve a supplemental summons on Defendants. (Id.) The September 1, 2010 Order was returned to the Court undelivered and subsequent efforts to locate the Plaintiff were unsuccessful. (Id.) Since Plaintiff has failed to provide the Court with his current address, Magistrate Judge Maas recommended that the case be dismissed without prejudice. (Id. 2.)

## CONCLUSION

Finding no clear error in Magistrate Judge Maas' analysis, the Court adopts the R&R in its entirety. Ahamed's complaint is, therefore, dismissed without prejudice. The Clerk of Court is directed to enter judgment and close this case. Pursuant to 28 U.S.C § 1915(a), I find that any appeal from this order would not be taken in good faith.

Dated: New York, New York
      June 7, 2011

SO ORDERED

PAUL A. CROTTY
United States District Judge

Copy mailed to:

Sherif Ahamed
141-09-11582
OBCC
1600 Hazen Street
East Elmhurst, New York 11370